FILED & JUDGMENT ENTERED
Steven T. Salata

July 31 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

IN RE:

**Ferdinand Roman**

Chapter 13
15-50453

## ORDER ON MOTION TO SUBSITUTE LEGAL COUNSEL
## and MOTION TO WITHDRAW

**THIS CAUSE** being set for hearing before the United States Bankruptcy Court and with no response having been filed, it appears to the Court that it should be granted,

IT IS THEREFORE ORDERED:

1. That Danielle J. Brudi and Collum & Perry, PLLC are no longer counsel of record for Mr. Roman;

2. That Danielle J. Brudi and Collum & Perry, PLLC, be fully discharged of any further responsibility for representing Mr. Roman;

3. That Melissa S. Groff and the Groff Law Firm, PLLC be substituted in as counsel for Mr. Roman;

4. That Melissa S. Groff be granted a non-base legal fee of $500.00 and $24.79 in costs, with said fees to be paid by the Trustee through the Plan; and

5. For other such relief as the Court shall deem just and proper.

This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court